1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10                          **EASTERN DIVISION**

11

12   KATHERINE S. J.,                    )      No. ED CV 18-383-PLA
                                         )
13                  Plaintiff,           )      **JUDGMENT**
                                         )
14          v.                           )
                                         )
15   NANCY BERRYHILL, DEPUTY             )
     COMMISSIONER OF OPERATIONS          )
16   FOR THE SOCIAL SECURITY             )
     ADMINISTRATION,                     )
17                                       )
                    Defendant.           )
18   _____)

19          In accordance with the Memorandum Opinion filed concurrently herewith,

20          IT IS HEREBY ADJUDGED that the decision of defendant, the Commissioner of Social

21   Security Administration, is reversed and this case is remanded to defendant for further

22   proceedings consistent with the Memorandum Opinion.

23                                                    *Paul L. Abrams*

24   DATED:  April 30, 2019                _____
                                                         PAUL L. ABRAMS
25                                              UNITED STATES MAGISTRATE JUDGE

26

27

28